IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL D. FAIR, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:22-cv-29-ECM |
| | ) |
| DRG SOUTHEAST, LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (doc. 12) filed on March 15, 2022, before any answer or motion for summary judgment by the Defendant, which comports with FED.R.CIV.P. 41(a)(1)(A)(i), this action has been dismissed without prejudice by operation of Rule 41.

The Clerk of the Court is DIRECTED to close this case.

DONE this 15th day of March, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE